

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2013

No. 04-13-00602-CV

Phyllis K. **PACHECO** and Mark Pacheco,
Appellants

v.

Larry W. **FREISENHAHN**, Jr., Manager and President of Freisenhahn Land Company, LLC,
General Partner of Freisenhahn Development Properties, LP, Wilbron Burnell Gates, G-4
Enterprises, LTD, Michael C. Finkel-The Law Office of Mike Finkel P.C., et al.,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 11-05-0460-CVA
Honorable Stella Saxon, Judge Presiding

## O R D E R

Appellants seek to appeal the trial court's June 6, 2013, "Order on Defendant's Larry W. Friesenhahn, Jr.[s] . . . Motion and Amended Motion for Summary Judgment." It appears, however, that the judgment is interlocutory because it does not dispose of the claims against defendants Burnell Gates and G-4 Enterprises, Ltd. The clerk's record contains severance orders as to all other defendants, but not Burnell Gates and G-4 Enterprises, Ltd. Accordingly, on October 4, 2013, this court ordered appellants to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. On October 13, 2013, appellants filed a response attached to which was an order severing appellants' claims against appellees. Therefore, the summary judgment appealed from is final and appealable.

Appellants' brief is due October 31, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court